

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-84,809-01

### EX PARTE CYNTHIA ANN HUDSON, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS CAUSE NO. 2009F00005 IN THE 5TH DISTRICT COURT FROM CASS COUNTY

*Per curiam.*

### O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of capital murder and sentenced to life imprisonment. The Sixth Court of Appeals affirmed her conviction. *Hudson v. State*, No. 415 S.W.3d 891, 897 (Tex. App.—Texarkana 2013), *aff'd*, 449 S.W.3d 495 (Tex. Crim. App. 2014).

Applicant contends that trial counsel rendered ineffective assistance. On February 8, 2017, we denied this application, based on the trial court's findings, without a hearing. Subsequently, Applicant filed a request to reconsider, on our own motion, our ruling and alerting the Court that a

habeas hearing was conducted by the trial court on September 1, 2016. Therefore, we reconsider the original disposition, and deny this application, based on the trial court's findings, after a hearing. All other suggestions for reconsideration on the Court's own initiative in Applicant's motion are denied.

Filed:  March 1, 2017
Do not publish